UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-536 |
| vs. | ORDER FOR ADMISSION<br>ADMISSION PRO HAC VICE |
| JASON MARTINEZ | |

The motion of Eric W. Feinberg, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the states of New York and New Jersey and this his contact information is as follows:

> Eric W. Feinberg, Esq.
> 34 Mill Street
> Mount Holly, NJ 08060
> (908) 415-9309
> eric@feinberglawfirm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Jason Martinez in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

SO ORDERED
DATED: July 16, 2021

_____
P. Kevin Castel
United States District Judge

1