UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                       S5 19-cr-536 (PKC)

        -against-                                                                ORDER

JASON MARTINEZ,

                              Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing of Jason Martinez previously scheduled for October 19, 2021 is adjourned to October 20, 2021 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                       P. Kevin Castel
                                                                United States District Judge

Dated: New York, New York
       September 1, 2021