**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

September 27, 2021

By ECF

Honorable P. Kevin Castel
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Jason Martinez</u>,
        19 CR 536 (PKC)

Your Honor,

As the Court is aware Mr. Martinez' sentencing is scheduled for October 19, 2021. I am writing with the Government's consent to most respectfully ask that the sentencing be adjourned for 60 days. I have just recently been retained and am still in the process of fully acquainting myself with the case file. Under these circumstances I do not feel that I could adequately represent Mr. Martinez at his sentencing if the sentencing went forward on the scheduled date.

Thank you very much for your consideration of this matter and the defense apologizes for any inconvenience this unavoidable and necessary request has caused the Court.

Most Respectfully,


David Touger, Esq.

Sentencing adjourned to January 6, 2022 at 2:00 p.m.
SO ORDERED
Dated: 9/27/2021

*[Signature]*
P. Kevin Castel
United States District Judge