

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2022

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Jason Martinez, a/k/a "Jay,"* S5 19 Cr. 536 (PKC)

Dear Judge Castel:

  The Government writes in advance of sentencing in the above-captioned matter, presently scheduled for January 18, 2022 at 3:00 p.m. The parties understand that the defendant is in a quarantine unit at the Brooklyn Metropolitan Detention Center until January 27, 2022 and cannot be produced to Court before that date. Accordingly, the parties respectfully request that the Court adjourn the sentencing so the defendant can appear in person. The parties have conferred and are available on the following dates and times:

  Tuesday, February 1, 2022: 9:00 a.m. to 12:00 p.m.
  Wednesday, February 2, 2022: 1:00 p.m. to 5:00 p.m.

The parties can provide additional availability if the above dates are not convenient for the Court.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for
        the Southern District of New York

    By: _____
      Juliana N. Murray / Ryan B. Finkel /
      Peter J. Davis / Kaylan E. Lasky
      Assistant United States Attorneys
      (212) 637-2314 / -6612 / -2468 / -2315

cc: David Touger, Esq. (by ECF)

Sentencing is adjourned to February 2, 2022 at 3:00 p.m.
SO ORDERED.
Dated: 1/19/2022

_____
P. Kevin Castel
United States District Judge