**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
May 24, 2022

Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jason Martinez, 19 Cr. 536 (PKC)

Your Honor,

On February 2nd this Court sentenced Mr. Martinez. During the Sentencing hearing it was agreed by all parties that Mr. Martinez' name should be stricken from Para. 18 of the PSR. (See pages 18 -19 of the attached Sentencing minutes). It seems that this action was never taken. Thus, I would most respectfully request that this Court order the Probation Department to make the afore-mentioned changes to the PSR and strike Mr. Martinez' name from Para.18.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger

---

*Handwritten note from the Court:*

The Court has re-reviewed paragraph 18 of the Final PSR (Doc 213 - revised Dec 17, 2021) and it does not appear to mention defendant Martinez's name. To avoid doubt, Mr. Martinez was not a member or associate of the "Puerto Rico DTO" referred to in paragraph 18 of the PSR.

SO ORDERED.

[signature] USDJ
5-24-22