UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA :
: PRELIMINARY ORDER OF
- v. - : FORFEITURE/
: MONEY JUDGMENT
JASON MARTINEZ,
    a/k/a "Jay," : S5 19 Cr. 536 (PKC)

          Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about October 15, 2022, JASON MARTINEZ (the "defendant"), was charged in five counts of a six-count Superseding Indictment, S5 19 Cr. 536 (PKC) (the "Indictment"), with Hobbs Act Robbery, in violation of Title 18, United States Code, Sections 1951 and 2 (Count Two); conspiracy to commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951 (Count Three); narcotics conspiracy, in violation of Tile 18, United States Code, Section 846 (Count Four); use of a firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(j), 924(c)(1)(a)(ii), and 2 (Count Five); and narcotics conspiracy, in violation of Title 18, United States Code, Section 846 (Count Six);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Two and Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts Two and Three of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts Two and Three of the Indictment;

WHEREAS, the Indictment also a forfeiture allegation as to Count Six of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting and derived from any proceeds obtained, directly or indirectly, as a result of the offense and of any and all property used, or intended to be used, in any manner or part, to commit and to facilitate the commission of the offense charged in Count Six of the Indictment.

WHEREAS, on or about July 21, 2021, the Defendant pled guilty, pursuant to a plea agreement, to Counts Three and Six of the Indictment;

WHEREAS, the Government asserts that $2,832,000 in United States currency constitutes the amount of proceeds traceable to the commission of the offenses charged in Counts Three and Six of the Indictment, that the Defendant personally obtained;

WHEREAS, the Government seeks a money judgment in the amount of $2,832,000 in United States currency, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), representing the proceeds traceable to the commission of the offenses charged in Counts Three and Six of the Indictment, that the Defendant personally obtained; and

WHEREAS, the Court finds that as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Three and Six of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts Three and Six of the Indictment, to which the Defendant pleaded guilty, a money judgment in the amount of $2,832,000

in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts Three and Six of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JASON MARTINEZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: New York, New York
      June 16, 2025

SO ORDERED:

*[signature]*

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE